## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

ANDRES GOMEZ and JUAN CARLOS
GIL, on their own behalf and on behalf of all
other individuals similarly situated,

       Plaintiffs,                CASE NO. 1:16-cv-21421-FAM

v.

PANERA, LLC,

       Defendant.
_____/

### NOTICE OF SETTLEMENT

Defendant Panera, LLC hereby gives notice to the Court that the parties have settled all of Plaintiff's claims through informal settlement efforts.

Dated this 13th day of July, 2016.

                              Respectfully submitted,

                              */s/ Beth S. Joseph*
                              Anne Marie Estevez
                              Florida Bar No. 991694
                              Email: annemarie.estevez@morganlewis.com
                              Beth S. Joseph
                              Fla. Bar No. 0062952
                              Email: beth.joseph@morganlewis.com
                              Morgan, Lewis & Bockius LLP
                              200 South Biscayne Boulevard
                              Suite 5300
                              Miami, FL 33131-2339
                              Telephone: 305.415.3330
                              Facsimile: 877.432.9652

                              *Counsel for Defendant*

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that on July 13, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission or Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

## SERVICE LIST

Scott R. Dinin, Esquire
Scott R. Dinin, P.A.
4200 NW 7th Avenue
Miami, FL 33127
Tel: (786) 431-1333
inbox@dininlaw.com

*Counsel for Plaintiffs*

>           */s/ Beth S. Joseph*
>           Beth S. Joseph