UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 16-21421-CIV-MORENO

ANDRES GOMEZ and JUAN CARLOS GIL,
On Their Own Behalf and On Behalf Of All
Other Individuals Similarly Situated.,

        Plaintiffs,

vs.

PANERA, LLC.,

        Defendant.
_____/

### FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon Notice of Settlement **(D.E. 18)**, filed on **July 13, 2016**. It is

ADJUDGED that in light of the parties settling this action, this case is **DISMISSED** in accordance with the settlement agreement. The Court shall retain jurisdiction to enforce the terms of the settlement agreement for six months from the date of this order, if it is filed in its entirety by **August 17, 2016**. It is also

ADJUDGED that all pending motions are **DENIED** as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 20th of July 2016.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record